JAY CLAYTON
United States Attorney for the
Southern District of New York
By: ILAN STEIN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2525
E-mail: ilan.stein@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,  :
:
Plaintiff,  :
:
v.  :  **COMPLAINT**
:
RICHARD PETROSA and MELISSA PETROSA,  :  25 Civ. 5189
:
Defendants.  :
:
:
------------------------------------------------------------- X

Plaintiff the United States of America (the "United States"), by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, alleges upon information and belief for its complaint as follows:

### INTRODUCTION

1. This is a civil action brought by plaintiff the United States of America on behalf of the Internal Revenue Service (the "IRS") to reduce to judgment assessments of certain federal tax liabilities of the defendants Richard Petrosa and Melissa Petrosa (hereinafter "Defendants") for unpaid taxes, penalties, and interest provided by law.

2. This action has been authorized and requested by a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States pursuant to the provisions of 26 U.S.C. § 7401.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue is proper in this District, pursuant to 28 U.S.C. §§ 1391(b) and 1396, because the tax liabilities giving rise to this action accrued while the Defendants resided within the Southern District of New York.

## PARTIES

5. Plaintiff is the United States of America.

6. Defendant Richard Petrosa is a natural person, who resided within the Southern District of New York when he accrued the tax liabilities giving rise to this action.

7. Defendant Melissa Petrosa is a natural person, who resided within the Southern District of New York when she accrued the tax liabilities giving rise to this action.

8. Defendants Richard and Melissa Petrosa are a married couple who filed joint income tax returns for the years at issue.

## FIRST CLAIM FOR RELIEF
### (Reducing Assessments to Judgment)

9. The allegations in paragraphs 1 through 8 above are repeated and realleged as though set forth fully herein.

10. On the dates indicated below, a duly authorized delegate of the Secretary of the Treasury made the following assessments against the Defendants for deficiencies in the payment of their federal income taxes for the years 2013, 2014, and 2017. Their outstanding

income tax obligations, which totaled $778,763.33 as of March 11, 2025, are set forth in the following table.

| Tax Type | Tax Period Ending | Assessment Date | Unpaid Assessed Balance | Remaining Outstanding Balance (as of 3/11/2025) | Notice of Federal Tax Lien Record Date |
|---|---|---|---|---|---|
| Income | 12/31/2013 | 01/26/2018 | $317,776.08 | $325,922.99 | 05/09/2018 |
| Income | 12/31/2014 | 10/01/2018 | $428,072.71 | $439,047.33 | 12/04/2018 |
| Income | 12/31/2017 | 03/07/2022 | $13,448.23 | $13,793.01 | 03/15/2023 |
| | **TOTAL** | | $759,297.02 | $778,763.33 | |

11.  In addition, on the dates indicated below, a duly authorized delegate of the Secretary of the Treasury made the following assessments against Richard Petrosa, individually, for his failure to pay trust fund recovery penalties on behalf of two businesses, Hailey Development Group LLC and Hailey Construction LLC, for the quarterly tax periods ending on 6/30/2015, 9/30/2015, 12/31/2015, 3/31/2016, 6/30/2016, 9/30/2016, 12/31/2016, 3/31/2017, and 6/30/2017.  Mr. Petrosa's individual outstanding tax obligations for trust fund recovery penalties, which totaled $2,792,497.22 as of March 11, 2025, are set forth in the following table.

| Tax Type | Tax Period Ending | Assessment Date | Unpaid Assessed Balance | Remaining Outstanding Balance (as of 3/11/2025) | Notice of Federal Tax Lien Record Date |
|---|---|---|---|---|---|
| TFRP | 06/30/2015 | 11/13/2017 | $127,471.87 | $130,739.91 | 05/09/2018 |
| TFRP | 09/30/2015 | 10/01/2018 | $361,284.82 | $370,547.18 | 05/09/2018 |
| TFRP | 12/31/2015 | 03/07/2022 | $414,436.06 | $425,061.08 | 05/09/2018 |
| TFRP | 03/31/2016 | 01/26/2018 | $223,418.84 | $626,081.11 | 05/09/2018 |

3

| | | | | | |
|---|---|---|---|---|---|
| TFRP | 03/31/2016 | 10/01/2018 | $201,195.58 | | 05/09/2018 |
| TFRP | 06/30/2016 | 03/07/2022 | $247,267.59 | $663,143.71 | 05/09/2018 |
| TFRP | 06/30/2016 | 01/26/2018 | $202,417.69 | | 05/09/2018 |
| TFRP | 09/30/2016 | 10/01/2018 | $131,000.23 | $419,788.47 | 05/09/2018 |
| TFRP | 09/30/2016 | 10/01/2018 | $153,820.23 | | 05/09/2018 |
| TFRP | 12/31/2016 | 03/07/2022 | $170,820.67 | $175,200.05 | 05/09/2018 |
| TFRP | 03/31/2017 | 01/26/2018 | $31,187.30 | $148,729.05 | 05/09/2018 |
| TFRP | 03/31/2017 | 10/01/2018 | $70,493.93 | | 05/09/2018 |
| TFRP | 06/30/2017 | 03/07/2022 | $8,196.58 | $8,406.71 | 05/09/2018 |
| | TOTAL | | $2,343,011.39 | $2,967,697.27 | |

12. The total lien amounts in the above tables reflect unpaid assessed balances and accrued penalties and interest as of March 11, 2025. Interest, penalties and other statutory additions are continuing to accrue on the outstanding obligations according to law.

13. On or about the dates of assessment set forth in the tables above, the IRS issued notices of assessment and demands for payment to the Defendants. The IRS has made numerous other attempts to collect the foregoing tax liabilities through correspondence and direct contact with the Defendants, all of which have been unsuccessful. The Defendants have refused to cooperate in the final settlement of their accounts. Accordingly, the IRS has exhausted all administrative remedies in attempting to collect the amounts due.

14. By reason of the foregoing, and pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens in favor of the United States arose as of the dates of the assessments and attached to all property and rights to property of the Defendants.

15. By this action, the United States seeks to reduce the aforementioned tax assessments and liens to judgment.

WHEREFORE, the plaintiff, the United States of America, demands judgment:

a) awarding the United States the amount of the assessed joint federal income tax liabilities of the Defendants, as described in paragraph 10, including taxes, penalties, interest, fees, and statutory additions, which, as of March 11, 2025, totaled $778,763.33, plus interest, penalties and statutory additions accruing thereon from March 11, 2025, to the date of judgment, according to law (less any payment made and credited against the foregoing);

b) awarding the United States the amount of the assessed trust fund recovery penalties as to Richard Petrosa, as described in paragraph 11, including taxes, penalties, interest, fees, and statutory additions, which, as of March 11, 2025, totaled $2,792,497.22, plus interest, penalties and statutory additions accruing thereon from March 11, 2025, to the date of judgment, according to law (less any payment made and credited against the foregoing); and

c) granting the United States its costs, disbursements, and such further relief against defendants as the Court may deem just and proper.

Dated: New York, New York
       June 20, 2025

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York
                *Attorney for the United States of America*

By:    */s/ Ilan Stein*
                ILAN STEIN
                Assistant United States Attorney
                86 Chambers Street, Third Floor
                New York, New York 10007
                Telephone: (212) 637-2525
                Email:  ilan.stein@usdoj.gov