USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Furtherance of the                                    ORDER

Stay of Certain Civil Cases

Pending the Restoration of

Department of Justice Funding
_____


WHEREAS, the court having issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York,

It is hereby noted that the case(s) assigned to the undersigned that are listed below is (are) subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

1:25-cv-05189


**SO ORDERED.**

_____
Date: **October 30, 2025**                    **MARY KAY VYSKOCIL**
      **New York, NY**                              **United States District Judge**