

AUERBACH LAW GROUP, P.C.

LEE DAVID AUERBACH, ESQ.
AUERBACH@AUERBACHLAWGROUP.COM
81 MAIN STREET - SUITE 307
WHITE PLAINS, NEW YORK 10601
TELEPHONE: 914.686.7171
FAX: 914.686.0168

December 10, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025

Via ECF

Hon. Mary Kay Vyskocil, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:    *United States of America v. Richard Petrosa, et al.*
       Case No. Case 1:25-cv-05189-MKV

Your Honor:

On behalf of Richard Petrosa, a co-defendant in the above captioned matter, this letter seeks an adjournment of the Initial Pre-Trial Conference, which is currently scheduled for Tuesday, December 16, 2025, at 2:00 p.m. (the "Initial Conference"). Counsel for all parties have consented to this adjournment request. Additionally, this letter is intended to address the Court's Order to Show Cause (ECF Doc No. 15), returnable on Friday, December 12, 2025 (the "Court's Order").

Over the past couple weeks, counsel have met and conferred by phone several times to discuss the case and the upcoming December 16 Initial Pre-Trial Conference. Earlier this week, counsel for Mr. Petrosa obtained consent from all parties to seek an adjournment of the December 16 Initial Pre-Trial Conference for the reasons set forth herein below. All counsel apologize to the Court for their failure to comply with the Court's Notice of Initial Pretrial Conference (ECF Doc. No. 14), dated November 13, 2025 (the "Notice"), by failing to file a proposed case management plan and joint letter one week prior to the December 16 conference date as directed by the Notice, but, as Counsel were in the process of requesting an adjournment of the Initial Conference, our focus was on the adjournment. Counsel apologize for not having filed the adjournment request sooner to ensure compliance with the Court's Order.

Plaintiff commenced this action seeking to reduce Federal Tax Liens to judgment. Pursuant to the Court's Notice, the parties have begun discussing the possibility of settlement. The undersigned is requesting an adjournment of the initial pre-trial conference because he would like to continue these discussions to explore the possibility of settlement before commencing discovery, and additional time is needed to determine whether mutual resolution of this action would be appropriate. Counsel for all parties have scheduled a meet and confer call for this Thursday

CHAPPAQUA OFFICE

726 KING STREET
CHAPPAQUA, NEW YORK 10514
914.238.7171

EAST HAMPTON OFFICE

17 BEVERLY ROAD
EAST HAMPTON, NEW YORK 11937
631.329.7171



Hon. Mary Kay Vyskocil, USDJ
December 10, 2025
Page 2

afternoon to continue discussing these issues, after which we will file another letter with the Court advising as to our proposed next steps and proposing some mutually agreeable dates, subject to the Court's availability, for the adjourned pretrial conference. If the Court grants the adjournment request, the parties will take care to comply with the Notice requiring a proposed case management plan and joint letter one week prior to the conference. If the adjournment request is denied, the parties will comply with the Court's Order requiring the proposed case management plan and joint letter to be filed by tomorrow.

Counsel again apologize for the parties' inadvertent failure to comply with the Notice and respectfully submit that the circumstances described above constitute good cause. The parties, through counsel, have been communicating in good faith in an effort to efficiently and effectively litigate this action.

This is Defendant Richard Petrosa's initial application for an adjournment and this request is being made in accordance with Your Honor's Individual Part Rules.

Thank you for your consideration and courtesy in connection with this matter. If you should have any further questions, please contact my office directly at 914.686.7171.

Respectfully submitted,

AUERBACH LAW GROUP, P.C.

By: _____
Lee David Auerbach, Esq.

LDA/la
Encl.
Cc:    Carly Weinreb, Esq.
       Ilan Stein, Esq.
       United States Attorney for the
       Southern District of New York
       *Attorneys for Plaintiff United States of America*
       (Via ECF)

       Michael Kushner, Esq
       *Attorneys for Defendant Melissa Petrosa*
       (Via ECF)

Plaintiff's request for an adjournment is DENIED. The parties shall file a joint letter and proposed case management plan as required by this Court's Order by 4:00 p.m. on December 11, 2025.

SO ORDERED.

Date: 12/11/2025
New York, New York

Mary Kay Vyskocil
United States District Judge