USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

RICHARD PETROSA and MELISSA PETROSA,

Defendant.

1:25-cv-05189-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' Proposed Case Management Plan [ECF No. 19] and the parties' Joint Letter [ECF No. 20].  Having reviewed the materials, IT IS HEREBY ORDERED that the initial-pretrial conference scheduled for December 16, 2025, is adjourned *sine die*.  The Court will issue a Case Management Plan forthwith.

**SO ORDERED.**

**Date:   December 11, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**