USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2025

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

RICHARD PETROSA and MELISSA PETROSA,

Defendant.

1:25-cv-05189-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the parties shall submit a joint letter advising the Court of

the status of this case within 60 days of this Order.


**SO ORDERED.**

**Date:  December 12, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**