

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 14, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2026
```

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007-1312

       Re:    <u>United States v. Petrosa, et al.</u>, 25-cv-5189 (MKV)

Dear Judge Vyskocil:

      This Office represents plaintiff the United States of America (the "Government") in the above-referenced action which seeks to reduce to judgment certain federal tax liabilities of defendants Richard Petrosa and Melissa Petrosa ("Defendants"). Lee David Auerbach, Esq. represents defendant Richard Petrosa, and Michael P. Kushner, Esq., represents defendant Melissa Petrosa. The Defendants have authorized me to apprise the Court that Defendants have determined that they will not contest the federal tax liabilities described in the Amended Complaint (ECF No. 27) and will consent to entry of judgment against them in the amounts specified in the Amended Complaint. The parties will aim to file a proposed consent judgment for the Court's endorsement within 30 days.

      As the proposed consent judgment would resolve all claims in this action, the parties respectfully request to stay all deadlines *sine die*, including the joint letter due today, <u>see</u> Civil Case Mgmt. Plan & Sched. Order (ECF No. 22) at 4, and to adjourn indefinitely the status conference scheduled for April 21, 2026.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Carly Weinreb
CARLY WEINREB
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2769
Carly.Weinreb@usdoj.gov
*Counsel for Plaintiff*

Cc:   All counsel of record (by ECF)

---

The Government's request is GRANTED.  The status conference scheduled for April 21, 2026 is ADJOURNED.

The Parties are advised that the Court's practice is to enter a thirty-day order dismissing the case based on the advice that the Parties have consensually resolved the case.  The thirty-day order will become final in thirty days unless the Parties move to restore the case to the Court's docket.

SO ORDERED.

Date: 4/15/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

2