USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           Plaintiff,

      -v-

RICHARD PETROSA and MELISSA PETROSA,

           Defendants.

25 Civ. 5189 (MKV)

**CONSENT JUDGMENT**

Upon the consent of plaintiff the United States of America (the "United States") and defendants Richard Petrosa and Melissa Petrosa (together, "Defendants"), it is hereby ORDERED, ADJUDGED and DECREED that:

1. The United States is awarded final judgment pursuant to Federal Rule of Civil Procedure 54 against Defendants, jointly and severally, for unpaid federal income taxes, penalties, and interest for tax years 2013, 2014, and 2017 in the total amount of $778,763.33 as of March 11, 2025, with interest continuing to accrue on this amount until the date of the judgment and thereafter at the rate specified by 26 U.S.C. § 6621, pursuant to 28 U.S.C. § 1961(c), and with any applicable penalties and other statutory additions continuing to accrue on this amount, until the judgment is satisfied in full (the "Federal Income Tax Judgment"), and the United States shall have execution therefor.

2. The United States is awarded final judgment pursuant to Federal Rule of Civil Procedure 54 against Mr. Petrosa individually for unpaid federal trust fund recovery penalties and interest he owes pursuant to 26 U.S.C. § 6672 on behalf of two businesses, Hailey Development Group LLC and Hailey Construction LLC, for the quarterly tax periods ending on 6/30/2015, 9/30/2015, 12/31/2015, 3/31/2016, 6/30/2016, 9/30/2016, 12/31/2016, 3/31/2017

and 6/30/2017, in the total amount of $2,967,697.27 as of March 11, 2025, with interest continuing to accrue on this amount until the date of the judgment and thereafter at the rate specified by 26 U.S.C. § 6621, pursuant to 28 U.S.C. § 1961(c), and with any applicable penalties and other statutory additions continuing to accrue on this amount, until the judgment is satisfied in full (the "TFRP Judgment"), and the United States shall have execution therefor.

3.      The United States shall be permitted to file this Consent Judgment in any and all counties in which Defendants reside or own any real property, and such filing shall be a judgment lien on such property.

4.      After Defendants have paid the Federal Income Tax Judgment in full, and after Mr. Petrosa has paid the TFRP Judgment in full, upon Defendants' written request, the United States shall file with the Clerk of the Court and mail to Defendants' respective counsel a satisfaction of judgment.


AGREED AND CONSENTED TO:

Dated: New York, New York
       May 28, 2026

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York
                        *Attorney for the United States*

By:     _____
                        CARLY WEINREB
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.: (212) 637-2769
                        Email: Carly.Weinreb@usdoj.gov



2

Dated: White Plains, New York
     May 27 2026

*Auerbach Law Group P.C.*
~~LEE DAVID AUERBACH, P.C.~~
*Counsel for Defendant Richard Petrosa*

By:       _____

LEE DAVID AUERBACH, Esq.
81 Main Street, Suite 307
White Plains, NY 10601
Tel.: (914) 686-7171
Email:  auerbach@auerbachlaw.com

Dated: Lighthouse Point, Florida
     May 27 2026

By:       _____

RICHARD PETROSA
*Defendant*
2401 NE 45th Street
Lighthouse Point, FL 33064

Dated: Brooklyn, New York
     May ___, 2026

KUSHNER LAW GROUP, PLLC
*Counsel for Defendant Melissa Petrosa*

By:       _____

MICHAEL PETER KUSHNER, Esq.
16 Court Street, 36th Floor
Brooklyn, NY 11241
Tel.: (914) 686-7171
Email:  Mk@kushlawgroup.com

Dated: Lighthouse Point, Florida
     May ___, 2026

By:       _____

MELISSA PETROSA
*Defendant*
2401 NE 45th Street
Lighthouse Point, FL 33064

3



Dated: White Plains, New York
      May ___, 2026

                           LEE DAVID AUERBACH, P.C.
                           *Counsel for Defendant Richard Petrosa*

            By:     _____

                           LEE DAVID AUERBACH, Esq.
                           81 Main Street, Suite 307
                           White Plains, NY 10601
                           Tel.: (914) 686-7171
                           Email: auerbach@auerbachlaw.com

Dated: Lighthouse Point, Florida
      May ___, 2026

            By:     _____

                           RICHARD PETROSA
                           *Defendant*
                           2401 NE 45th Street
                           Lighthouse Point, FL 33064

Dated:  White Plains, New York
      May 27, 2026

                           KUSHNER LAW GROUP, PLLC
                           *Counsel for Defendant Melissa Petrosa*

            By:     _____
                           MICHAEL PETER KUSHNER, Esq.
                           1025 Westchester Avenue, Suite 215
                           White Plains, New York 10604
                           Tel.: 914-898-5500
                           Email: Mk@kushlawgroup.com

Dated: Lighthouse Point, Florida
      May 27, 2026

            By:     _____
                           MELISSA PETROSA
                           *Defendant*
                           2401 NE 45th Street
                           Lighthouse Point, FL 33064

3

**SO ORDERED:**

HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

Dated: _5/29/2026_ , 2026

4